# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter: 13 |
| | Case No. 2:24-bk-01478-SHG |
| JOHN A COVARRUBIAS, | NOTICE OF LODGED ORDER EXTENDING TIME TO MEET TRUSTEE RECCOMENDATION |
| Debtor. | |

Notice is hereby given that the above-named Debtor, lodged the order extending time to meet trustee recommendations.

Dated: September 17, 2024.

Respectfully submitted:

/s/ Tom McAvity
Tom McAvity, 034403
Phoenix Fresh Start Bankruptcy
4602 E Thomas Rd, Ste S-9
Phoenix, AZ 85018